UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES GLENDENING**, | Case No. 19-cv-01167-JMY |
| *Plaintiff* | |
| v. | |
| **FAIR ACRES GERIATRIC CENTER**, | |
| *Defendant* | |

# ORDER

**AND NOW**, this 28th day of October, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 3), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John MiltonYounge
_____
**Judge John Milton Younge**