UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES GLENDENING**, | : |
| | : Case No.  19-cv-01167-JMY |
| *Plaintiff* | : |
| | : |
| v. | : |
| | : |
| **FAIR ACRES GERIATRIC CENTER**, | : |
| | : |
| *Defendant* | : |

## ORDER

**AND NOW**, this 17th day of May, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 24), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** for the reasons set forth in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**

1